FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 27 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )     NO: CR-06-2076-AAM
          v.                             )
                                         )     ORDER DISMISSING
JOSE MARTIN SOTO,                        )     COUNT 1 OF INDICTMENT
                                         )     WITHOUT PREJUDICE
                    Defendant.           )
_____  )

      Upon motion of the Plaintiff, United States of America,

      IT IS HEREBY ORDERED that Count 1 of the Indictment as to Defendant Jose

Martin Soto is hereby dismissed without prejudice.

      DATED this 27th day of October, 2006.


                                   _____
                                   ALAN A. MCDONALD
                                   SENIOR UNITED STATES DISTRICT JUDGE